UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LEWIS R. LAROCHE                                                                              PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:09CV-P683-H

DR. STEVEN HILAND et al.                                                                    DEFENDANT

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims against the Kentucky Department of Corrections, against Defendants Steven and Channin Hiland in their official capacities, for injunctive relief, and under the Fifth and Fourteenth Amendment are **DISMISSED** with prejudice for failure to state a claim within the meaning of 28 U.S.C. § 1915A(b)(1).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel
4412.009